IN THE MATTER OF CITY OF GARFIELD AND P.B.A. LOCAL 46.

May 5, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE MAE MOORE.

May 5, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL TUCKER.

May 5, 1980.

Petition for certification denied.